UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD DRAUGHN,

Plaintiff,

v.

MICHAEL BOUCHARD, ET AL.

Defendants.

Case No. 15-cv-14446

UNITED STATES DISTRICT COURT
JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#112] GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [#97]

This matter is before the Court on Defendants' Motion for Summary Judgment. Dkt. No. 97. This Court referred the matter to Magistrate Judge Stephanie Dawkins Davis, who issued a Report and Recommendation on August 24, 2018, recommending that the Court grant Defendants' Motion for Summary Judgment. Dkt. No. 112, pg. 38 (Pg. ID 1084). Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Davis's August 24, 2018

1

Report and Recommendation [#112] as this Court's findings of fact and conclusions of law. Defendant's Motion for Summary Judgment is GRANTED.

SO ORDERED.

Dated: September 24, 2018

                                              s/Gershwin A. Drain
                                              HON. GERSHWIN A. DRAIN
                                              United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 24, 2018, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                              Case Manager